John R. Barksdale
Assistant United States Attorney
District of Wyoming
P. O. Box 22211
Casper, WY 82602-5010
(307) 261-5434

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. **07-CR-66-D** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DAVID BELDERRAIN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF COUNTS TWO AND THREE OF THE INDICTMENT**

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal of Counts Two and Three of the Indictment against the Defendant Michael David Belderrain in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that it is in the best interest to do so, and pursuant to the Plea Agreement ¶ 17(e).

DATED this 27th day of February, 2008.

Respectfully submitted,

JOHN R. GREEN
Interim United States Attorney

By: John R. Barksdale
Digitally signed by John R. Barksdale
DN: cn=John R. Barksdale, c=US, ou=U.S. Attorney's Office
Date: 2008.02.27 11:10:26 -07'00'

JOHN R. BARKSDALE
Assistant United States Attorney