Case 2:07-cr-00066-WFD Document 48-2 Filed 02/27/2008 Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 29 2008

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. **07-CR-66-D** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DAVID BELDERRAIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING LEAVE TO FILE DISMISSAL OF COUNTS TWO AND THREE OF THE INDICTMENT**

After due consideration of the United States' Motion for Leave to File Dismissal, the Court hereby grants the Interim United States Attorney leave to file a dismissal of Counts Two and Three of the Indictment against the Defendant Michael David Belderrain.

DATED this 28th day of February, 2008.

[signature]

CHIEF JUDGE
UNITED STATES DISTRICT COURT